

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PHILIP KENNEDY and EMERALD KENNEDY, | § | No. 08-19-00239-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | 394th District Court |
| v. | § | |
| | § | of Brewster County, Texas |
| JEFF McCOY d/b/a McCOY CONSTRUCTION, | § | (TC# 2016-02-B0812-CV) |
| | § | |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellants' motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF NOVEMBER, 2019.


GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.